3 So.2d 915

**A. ASHWANDER v. The LEETH NATIONAL BANK.**

8 Div. 52.

Supreme Court of Alabama.

Jan. 23, 1941; May 22, 1941.

J. N. Powell, of Hartselle, for appellant.

W. Marvin Scott, of Cullman, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution; and motion to set aside dismissal overruled.